**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6602**

RICHARD POWERS LINCOLN,

       Plaintiff - Appellant,

    v.

DANIEL E. BAILEY, Sheriff; ARAMARK CORPORATION; B. SMITH
SCOTT; L. PAGEN, Major; M. SMITH, Captain; J. PLOGER,
Captain; J. MANESS, Sergeant; D. TRUESDALE, Sergeant; G.
ROGERS, Sergeant; P. IGWESI, Detention Officer; J. SAGE,
Detention Officer; K. JOHNSON, Detention Officer; C. SMITH,
Detention Officer,

       Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen,
Senior District Judge. (3:09-cv-00058-GCM)

Submitted: July 30, 2009      Decided: August 5, 2009

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Powers Lincoln, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Powers Lincoln appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lincoln v. Bailey, No. 3:09-cv-00058-GCM (W.D.N.C. Mar. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2